# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:17-mj-00957-VCF |
| vs. ) | |
| ) | |
| JEREMY CAULK, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On November 8, 2017, this Court granted the Defendant's Ex Parte Motion to Withdraw as Attorney of Record. (ECF No. 16).

Accordingly, IT IS HEREBY ORDERED that James A. Oronoz be APPOINTED as counsel for Jeremy Caulk for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Oronoz forthwith.

DATED this 8th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE