JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>      Defendant. | CASE NO: 2:17-mj-00957-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING FOR DEFENDANT JEREMY CAULK**<br><br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that the preliminary hearing for Mr. Caulk, currently scheduled for June 18, 2018, at 4:00 p.m., be vacated and continued for at least forty-five (45) days to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. Counsel for Mr. Caulk recently received a proposed guilty plea memorandum and requires additional time to review the plea and implications of the plea with Mr. Caulk.

2. Counsel for Mr. Caulk and the Government jointly request that the preliminary hearing date for Mr. Caulk be continued for at least forty-five (45) days.

1

3. This is the fifth request for a continuance of Mr. Caulk's preliminary hearing.

DATED: June 13, 2018

Respectfully submitted,

*/s/ James A. Oronoz*  /s/ Cristina Silva
JAMES A. ORONOZ, ESQ.  CRISTINA SILVA
1050 Indigo Drive, Suite 120  501 Las Vegas Boulevard, South,
Las Vegas, Nevada 89145  Suite 1100
*Counsel for Jeremy Caulk*  Las Vegas, Nevada 89101
  *Counsel for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 14th day of June, 2018.

IT IS HEREBY ORDERED that a the preliminary hearing scheduled for June 18, 2018 is VACATED and RESCHEDULED to 4:00 PM, August 3, 2018, in Courtroom 3D.

2