DAYLE ELIESON
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00957-VCF |
| Plaintiff, | Stipulation to Continue the Preliminary Hearing (Seventh Request) |
| vs. | |
| JEREMY CAULK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and James Oronoz, Esq., Counsel for the Defendant, JEREMY CAULK, that the preliminary hearing date in the above-captioned matter, currently scheduled for Friday, August 3, 2018, at 4:00 pm, be vacated and continued for 45 days.

This stipulation is entered into for the following reasons:

1. The parties have reached a plea agreement. Additional time is need for a change of plea hearing to be set, and for the defendant to change his plea in this case, as well as the defendant's pending supervised release revocation (Case No. 12-cr-371).

2. The parties agree to the continuance.

3. The defendant is incarcerated and but not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as it would prevent the defendant from entering into a pre-indictment plea that resolves two cases.

5. The additional time requested herein is not sought for purposes of delay, but to allow the Defendant additional time to change his plea in two cases.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>seventh</u> request for a continuation of the preliminary hearing.

DATED this 2nd day of August, 2018.

Respectfully submitted,

**For the Defendant:**

**For the Government:**

DAYLE ELIESON
United States Attorney

//s//
JAMES ORONOZ, ESQ.
Counsel for Defendant – Caulk

//s//
CRISTINA D. SILVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00957-VCF |
| Plaintiff, | ORDER |
| vs. | |
| JEREMY CAULK, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have reached a plea agreement. Additional time is need for a change of plea hearing to be set, and for the defendant to change his plea in this case, as well as the defendant's pending supervised release revocation (Case No. 12-cr-371).

2. The parties agree to the continuance.

3. The defendant is incarcerated and but not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as it would prevent the defendant from entering into a pre-indictment plea that resolves two cases.

5. The additional time requested herein is not sought for purposes of delay,

but to allow the Defendant additional time to change his plea in two cases.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>seventh</u> request for a continuation of the preliminary hearing.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties sufficient time and the opportunity to allow for the Defendant to enter into a written plea agreement that resolves two separate cases, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 3, 2018, at the hour of 4:00 pm, be vacated and continued to September 17, 2018 at the hour of 4:00 pm.

DATED 2nd day of August, 2018.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2